IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN FISHER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-01799 |
| ) | |
| UNITED STATES MIDDLE DISTRICT OF TN., ) | Judge Trauger |
| ) | |
| Respondent. ) | |

## ORDER

John Winston Fisher, Jr., a federal pretrial detainee currently held at the Robertson County Detention Center in Springfield, Tennessee, has filed a petition for the writ of habeas corpus under 28 U.S.C. § 2241. He attempted to submit the $5.00 filing fee with his petition, but the payment was returned to him because it was in the form of a personal check, which the Clerk's Office cannot accept. In order for the court to consider the petition, the petitioner must submit a cashier's check or money order in the amount of $5.00, payable to "Clerk, U.S. District Court," within **30 DAYS** of the date this order is entered. If the petitioner cannot afford to pay the $5.00 filing fee, he may instead submit a properly supported application to proceed *in forma pauperis*. The plaintiff's submission (whether he pays the fee or submits an application to proceed *in forma pauperis*) must state the docket number of this matter on its face (No. 3:14-cv-01799).

The petitioner is forewarned that, should he fail to resubmit the filing fee or to file an application to proceed *in forma pauperis* in this action within 30 days, his petition may be denied and this action dismissed for failure to comply with the instructions of the Court and for want of prosecution. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE